IN THE UNITED STATES DISTRICT COURT
                    FOR THE SOUTHERN DISTRICT OF OHIO
                              EASTERN DIVISION

United States of America

    v.                                          2:12-cr-123

Sima Patel

                                  ORDER

      There being no objections, the court hereby adopts the Report and Recommendation of the magistrate judge (Doc. 12) that the defendant's guilty plea be accepted. The court accepts the defendant's plea of guilty to Count 1 of the information, and she is hereby adjudged guilty on that count. The court will defer the decision of whether to accept the plea agreement until the sentencing hearing.


Date: July 16, 2012                        s\James L. Graham
                                     James L. Graham
                                     United States District Judge